UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:09-cr-00098-JPH-MJD |
| | ) | |
| JAMES D. ROSETTO, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge M. Kendra Klump's Amended Report and Recommendation and all findings therein, dkt. [71]. The Court now **ORDERS** that James D. Rosetto's supervised release is therefore **REVOKED**, dkt. [60], and Mr. Rosetto is sentence to the custody of the Attorney General or her designee for imprisonment of 8 months with no supervision to follow. The Court recommends placement at FCI Terre Haute, if such is deemed to be an appropriate facility by the Bureau of Prisons.

**SO ORDERED.**

Date: 5/6/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C